THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON FINNEGAN,

   Plaintiff,

v.

MICHAEL SMITH and
ERICA OSWALD,

   Defendants.

: 3:16-CV-1416
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS **5th** DAY OF MARCH 2019, upon consideration of Plaintiff's Motion for Costs and Attorney's Fees (Doc. 29), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion is **DENIED IN PART** and **GRANTED IN PART** for the reasons discussed in the simultaneously filed Memorandum;

2. Plaintiff's Motion is **DENIED** insofar as Plaintiff is awarded attorney's fees at a rate of $375 per hour rather than the $400 per hour requested;

3. The Motion is **GRANTED** in all other respects;

4. Plaintiff is awarded attorney's fees of $41,437.50 based on 110.5 hours at the rate of $375 per hour and costs of $842.05 for a total award $42,279.55.

Robert D. Mariani
United States District Judge