# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON FINNEGAN, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-1416 |
| | : (JUDGE MARIANI) |
| MICHAEL SMITH and | : |
| ERICA OSWALD, | : |
| Defendants. | : |

## ORDER

AND NOW, THIS _17th_ DAY OF OCTOBER 2019, upon consideration of "Plaintiff's Motion for Reconsideration of the Court's March 5, 2019 Order (Doc. 72) Pursuant to Court Order Dated March 20, 2019 (Doc. 75) filed on March 25, 2019" (Doc. 78) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Reconsideration (Doc. 78) is **GRANTED**.

2. In addition to the March 5, 2019, award of $42,279.55 for attorney's fees and costs (Doc. 72), Plaintiff is awarded $39,205.95 in fees and costs sought in conjunction with the Motion for Reconsideration and ongoing litigation of the initial fee petition which consists of attorney's fees of $38,700 based on 103.2 hours at the rate of $375 per hour and costs of $505.95. Thus, Plaintiff's total award for attorney's fees and costs is $81,485.50.

3. The Clerk of Court is directed to close the above-captioned matter.[1]

                                        */s/ Robert D. Mariani*
                                        Robert D. Mariani
                                        United States District Judge

---

[1] This matter was previously administratively closed. (*See* Docs. 45 at 2, 75 at 1-3.)